DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OMAR BAILEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-387

[March 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew I. Siegel, Judge; L.T. Case No. 14-005351 CF10A.

Carey Haughwout, Public Defender, and Jeffrey L. Anderson, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Marc B. Hernandez, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***